## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Melvin E Wilkes | * | Case 07-22203RAG |
|  | * |  |
|  | * |  |
| Debtor(s). | * |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| HSBC Bank | * | Chapter 13 |
| Movant(s). | * |  |
| vs. | * |  |
|  | * |  |
| Melvin Wilkes | * |  |
|  |  |  |
| Respondent(s). | * |  |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RESPONSE TO MOTION FOR
## RELIEF FROM AUTOMATIC STAY  LIEN

Now comes the Debtor(s), through attorney, Jeffrey M. Sirody and Respond(s) to the Motion for Relief from the Automatic Stay and state(s):

1) The Debtor admits the allegations contained in paragraphs 1 through 7 of the Motion.

2) The Debtor denies the allegations contained in paragraphs 8 through 10 of the Motion

WHEREFORE, the Debtor(s)  request(s) that the Court deny the Motion.

                                          /s/Jeffrey M. Sirody
                                        Jeffrey M. Sirody Esq.#11715
                                        1777 Reisterstown Road
                                        Suite 360
                                        Baltimore, MD 21208
                                        (410) 415-0445